**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:    *James J. McKinley and Kin-Tek Laboratories, Inc. v. Kin-Tek Analytical, Inc.*

Appellate case number:    01-19-00642-CV

Trial court case number:    17-CV-1218

Trial court:    122nd District Court of Galveston County

The motion for rehearing is **denied**.

It is so ORDERED.

Judge's signature: /s/ Amparo Guerra
☐  Acting individually    ☒  Acting for the Court

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.

Date: October 28, 2021